1 | Lupe Martinez, Esq. (CBN 49620)
Atorney at Law
2 | 1010 West Taylor Street
San Jose, CA 95126
3 | Tel (408) 857-5418
Fax (408) 286-5705
4 | martinez-luna@sbcglobal.net

5

Attorney for Defendant
6 | Uriel Alejandres Aguilar

**F I L E D**

JUN 19 2014

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7

8

9          IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,                )
                                             )   Case No. CR 13-00668-LHK
                          Plaintiff,)        )
13                                           )   STIPULATION TO CONTINUE
                                             )   STATUS CONFERENCE
          v.                                 )
14                                           )   [PROPOSED] ORDER
                                             )
15                                           )
   URIEL ALEJANDRES AGUILAR,                 )
16 | ARNOLDO CONTRERAS-VALENCIA              )   Honorable Lucy H. Koh
                                             )   United States District Judge
17                          Defendants.)     )
   _____          )

18

19          Defendants Uriel Alejandres Aguilar and Arnoldo Contreras-Valencia, through their

20 respective counsel, Lupe Martinez and Michelle Spencer, and the government, through

21 Assistant United States Attorney Philip Alan Guentert, hereby stipulate that the status

22 conference presently set for June 25, 2014 may be continued to August 06, 2014 at 9:30 a.m.

23 to permit sufficient time to complete defendant's independent investigation in preparation for

24 defendant's Safety Valve debriefing pursuant to USSG 5C1.2.  Defendant Uriel Alejandres

25 Aguilar has filed a Second under seal request for information relevant to the Safety Valve

26 | **Stipulation to Continue Status Conference;**
**Proposed Order**

1    debriefing.

2         Counsel for Alejandres Aguilar is also scheduled to appear in San Joaquin County

3    Superior Court, Stockton, California on June 25, 2014 at 8:30 a.m. for a California Penal

4    Code 1538.5 hearing and a preliminary hearing, respectively, in *People v. Jamaine Dontae*

5    *Barnes*, Case No. SF 12433A and *People v. Jamaine Dontae Barnes*, Case No. SF

6    128120A.

7         It is further stipulated that the time period between June 25, 2014 and August 06,

8    2014 may be excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) and

9    3161(h)(8)(B)(iv), in that the ends of justice are served by granting the continuance which

10   outweigh the interests of the public and the defendant in a speedy trial and failure to grant a

11   continuance would deny defendant continuity of counsel and reasonable time necessary for

12   effective preparation, even if the case is not so unusual or complex so as to fall within 18

13   U.S.C.§3161(h)(8)(B)(ii).

14

15   Dated: June 18, 2014                    s/s Lupe Martinez

16                                           LUPE MARTINEZ
                                             Attorney for Uriel Alejandres Aguilar
17

18   Dated: June 18, 2014                    s/s Michelle Spencer

19                                           MICHELLE SPENCER
                                             Attorney for Arnoldo Contreras-Valencia
20

21   Dated: June 18, 2014                    s/s Philip A. Guentert

22                                           PHILIP A. GUENTERT
                                             Assistant United States Attorney
23

24

25

26   **Stipulation to Continue Status Conference;**
     **Proposed Order**

                                        2

**ORDER**

GOOD CAUSE APPEARING,

IT IS ORDERED that the status conference set for June 25, 2014 is continued to August 06, 2014 at 9:30 a.m.

IT IS FURTHER ORDERED that the time period between June 25, 2014 and August 06, 2014 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) and 3161(h)(8)(B)(iv) in that the ends of justice are served by the granting of the continuance which outweigh the interests of the public and the defendant in a speedy trial and failure to grant a continuance would deny defendant the reasonable time necessary for effective preparation, even if the case is not so unusual or complex so as to fall within 18 U.S.C. §3161(h)(8)(B)(ii).

Dated: June_____, 2014

_____
HONORABLE LUCY H. KOH
United States District Judge

Denied. Speedy Trial language refers to only one defendant in both the ~~motion~~ stipulation and the order. ~~Motion~~ Stipulation doesn't clearly identify whether one or both defendants are debriefing per USSG 5C1.2. Please clarify.

Date: 6/19/14

_____
Lucy H. Koh
U.S. District Judge

**Stipulation to Continue Status Conference;**
**Proposed Order**

3